UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-02362-JWH-AS | | Date | May 11, 2026 |
|---|---|---|---|---|
| Title | *Taina Jeanty v. Warden Adelanto ICE Processing Center, et al.* | | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Priscilla Deason for Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DENYING PETITIONER'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [ECF No. 3]**

Before the Court is the Application of *pro se* Petitioner Taina Jeanty for a Temporary Restraining Order (a "TRO") to enjoin Respondents from continuing to detain her.[1] The Court concludes that this matter is appropriate for resolution without a hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support,[2] the Court **DENIES** Jeanty's Application for the reasons set forth below.

In view of the high volume of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05.[3] Pursuant to that General Order, the Court set a briefing schedule for Jeanty's Petition: Respondents' answer is due by

---

[1]    Pl.-Pet.'s Appl. for TRO (the "Application") [ECF No. 3].

[2]    The Court considered the documents of record in this action, including the following papers: (1) Application; and (2) Pl.-Pet.'s Pet. (the "Petition") [ECF No. 1].

[3]    Not. of General Order 26-05 and Briefing Schedule [ECF No. 6].

**CIVIL MINUTES— GENERAL**    Initials of Deputy Clerk pd/cla

May 12, 2026, and Jeanty's reply, if any, is due no later than May 15, 2026, if Jeanty is represented, or by May 29, 2026, if Jeanty is unrepresented.[4]  In view of the expedited briefing schedule for the underlying Petition, the Court is not convinced that emergency relief is necessary.  Any delay that may result from awarding Jeanty relief based upon the Petition alone would be minimal.  Thus, the Court concludes that Jeanty is not entitled to preliminary relief at this time.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (a petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief").  Accordingly, Jeanty's Application is **DENIED**.

For those reasons, the Court hereby **ORDERS** as follows:

1.    Jeanty's instant Application [ECF No. 3] is **DENIED**.

2.    Pursuant to General Order Nos. 05-07 and 26-05, proceedings on the merits of Jeanty's underlying Petition will **CONTINUE** before the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

---

[4]    *Id.* at ¶¶ 2–4.

CIVIL MINUTES—
GENERAL

Initials of Deputy Clerk
pd/cla