# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

TAINA JEANTY,

(A-234420312)

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, *et al*.,

Respondents.

Case No. 5:26-cv-02362-JWH(AS)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed.  Accordingly, the Court hereby **ORDERS** as follows:

1.    The findings and conclusions of the Magistrate Judge are **ACCEPTED** and **ADOPTED**. Respondents are ordered to immediately release Petitioner Tiana Jeanty (A-234420312).

2.    Respondents are **DIRECTED** to file a Status Report no later than July 7, 2026, confirming the release from custody of Petitioner Taina Jeanty.

3.    The Clerk is **DIRECTED** to serve copies of this Order and the Magistrate Judge's Report and Recommendation on Jeanty and on counsel for Respondents.

**IT IS SO ORDERED.**

Dated:___July 2, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-